# Case No. 14-55120, Consolidated With Nos. 14-55121, 14-55122, 14-55125, 14-55128, and 14-55140

# In the United States Court of Appeals for the Ninth Circuit

**WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND,**

*Plaintiff - Appellee*,

— and —

**COUNTRYWIDE FINANCIAL CORPORATION,** a Delaware corporation, et al.,

*Defendants – Appellees,*

— v. —

**FEDERAL DEPOSIT INSURANCE CORPORATION,** as Receiver for First Pacific Bank of California, as Receiver for Affinity Bank, as Receiver for CF Bancorp, as Receiver for Citizens National Bank, as Receiver for Eurobank, as Receiver for First Banking Center, as Receiver for First Dupage Bank, as Receiver for Horizon Bank, as Receiver for Imperial Capital Bank, as Receiver for Independent Bankers Bank, as Receiver for Los Padres Bank, as Receiver for Palos Bank & Trust Co., as Receiver for Prosperan Bank, as Receiver for SCB Bank, as Receiver for ShoreBank, as Receiver for Statewide Bank, as Receiver for USA Bank, as Receiver for Venture Bank, and as Receiver for Warren Bank,

*Objector - Appellant.*

On Appeal from the United States District Court for the Central District of California, The Honorable Mariana R. Pfaelzer, Nos. 10-302, 12-5122, 12-5125

## BRIEF OF OBJECTOR-APPELLANT FDIC

COLLEEN J. BOLES
Assistant General Counsel
KATHRYN R. NORCROSS
Senior Counsel
JOSEPH BROOKS
Counsel

FEDERAL DEPOSIT INSURANCE
 CORPORATION
3501 Fairfax Drive, Room VS-D-7010
Arlington, VA 22226
Tel: (703) 562-2054 • Fax: (703) 562-2469

*Counsel for Objector-Appellant FDIC*

# **TABLE OF CONTENTS**

TABLE OF CONTENTS……………………………………………………..i

TABLE OF AUTHORITIES……………………………………………….ii

STATEMENT REGARDING CONSOLIDATION OF APPEALS……………….1

INTRODUCTION...…………………………………………………………..1

JURISDICTIONAL STATEMENT……………………………………………..2

STATEMENT OF THE ISSUES……………………………………………..2

STATEMENT OF THE FACTS AND STATEMENT OF THE CASE………….2

SUMMARY OF ARGUMENT……………………………………………….2

STANDARD OF REVIEW……………………………………………………...2

ARGUMENT………………………………………………………………….2

CONCLUSION………………………………………………………………..3

STATEMENT OF RELATED CASES…………………………………………4

RULE 32(a)(7)(C) CERTIFICATE OF COMPLIANCE…………………………..6

CERTIFICATE OF SERVICE………………………………………………….7

# TABLE OF AUTHORITIES

**Page(s)**

**RULES**

Fed. R. App. P. 28(i)……………………………………………………..1, 2

## **STATEMENT REGARDING CONSOLIDATION OF APPEALS**

By Order entered on June 12, 2014, the Court granted unopposed motions filed on behalf of all objectors-appellants to consolidate this case with Case Nos. 14-55121, 14-55122, 14-55125, 14-55128, and 14-55140. These six appeals involve three related class actions, all of which were settled pursuant to a single settlement agreement and dismissed with prejudice pursuant to the same Final Judgment and Order of Dismissal with Prejudice. Objector-Appellant Federal Deposit Insurance Corporation (the "FDIC")[1] is the appellant in Case Nos. 14-55120, 14-55121, and 14-55128. Accordingly, the FDIC is filing only this single opening brief in this consolidated appeal.

## **INTRODUCTION**

Pursuant to Fed. R. App. P. 28(i), the FDIC hereby adopts by reference the Introduction section contained in the Brief for Objectors-Appellants Broderick CDO 2 Ltd., Cimarron CDO, Ltd., Crystal Cove CDO, Ltd., Duke Funding IX, Ltd., G Square Finance 2006-1 Ltd., Hout Bay 2006-1 Ltd., Kleros Preferred Funding, Ltd., Millstone II CDO, Ltd., Millstone III CDO, Ltd., and Millstone IV CDO, Ltd. filed in this consolidated appeal ("Non-FDIC Objectors-Appellants' Brief").

---

[1] The FDIC appears in this litigation only in its separate capacities as Receiver for each of the nineteen banks listed in the caption on the cover page.

1

## JURISDICTIONAL STATEMENT

Pursuant to Fed. R. App. P. 28(i), the FDIC hereby adopts by reference the Jurisdictional Statement contained in the Non-FDIC Objectors-Appellants' Brief.

## STATEMENT OF THE ISSUES

Pursuant to Fed. R. App. P. 28(i), the FDIC hereby adopts by reference the Statement of Issues contained in the Non-FDIC Objectors-Appellants' Brief.

## STATEMENT OF THE FACTS AND STATEMENT OF THE CASE

Pursuant to Fed. R. App. P. 28(i), the FDIC hereby adopts by reference the Statement of the Facts and Statement of the Case contained in the Non-FDIC Objectors-Appellants' Brief.

## SUMMARY OF ARGUMENT

Pursuant to Fed. R. App. P. 28(i), the FDIC hereby adopts by reference the Summary of Argument contained in the Non-FDIC Objectors-Appellants' Brief.

## STANDARD OF REVIEW

Pursuant to Fed. R. App. P. 28(i), the FDIC hereby adopts by reference the Standard of Review section contained in the Non-FDIC Objectors-Appellants' Brief.

## ARGUMENT

Pursuant to Fed. R. App. P. 28(i), the FDIC hereby adopts by reference the Argument section contained in the Non-FDIC Objectors-Appellants' Brief.

## **CONCLUSION**

The judgment below should be reversed and this case should be remanded to the district court for further proceedings as necessary to properly resolve all claims.

Dated: June 24, 2014

Respectfully submitted,

Colleen J. Boles
Assistant General Counsel
Kathryn R. Norcross
Senior Counsel

s/Joseph Brooks
Joseph Brooks
Counsel
FEDERAL DEPOSIT INSURANCE
 CORPORATION
3501 Fairfax Drive, Room VS-D-7010
Arlington, VA 22226
Tel: (703) 562-2054
Fax: (703) 562-2469
E-mail: jobrooks@fdic.gov

*Counsel for Objector-Appellant Federal Deposit Insurance Corporation*

## STATEMENT OF RELATED CASES

Pursuant to Ninth Circuit Rule 28-2.6, *Maine State Retirement System v. Countrywide Fin. Corp.*, No. 14-55093 (9th Cir.) is a related appeal taken by a different set of objectors from the identical judgment below. The following appeals, like this consolidated appeal, arise out of MBS suits brought against Countrywide in the multi-district litigation proceeding before Judge Mariana R. Pfaelzer of the Central District of California and "raise the same or closely related issues" about standing and tolling:

- *Federal Deposit Insurance Corporation as Receiver for Strategic Capital Bank v. Countrywide Financial Corp.*, No. 12-57299 (9th Cir.)

- *Western and Southern Life Ins. v. Countrywide Financial Corp.*, No. 12-57303 (9th Cir.).

- *Federal Deposit Insurance Corporation as Receiver for Guaranty Bank v. Countrywide Securities Corporation*, No. 13-56675 (9th Cir.)

- *Federal Deposit Insurance Corporation as Receiver for Strategic Capital Bank v. J.P. Morgan Securities L.L.C.*, No. 13-56781 (9th Cir.)

- *Federal Deposit Insurance Corporation as Receiver for Colonial Bank v. Countrywide Securities Corporation*, No. 13-56783 (9th Cir.)

- *Federal Deposit Insurance Corporation as Receiver for Security Savings Bank v. Countrywide Financial Corp.*, No. 13-56613 (9th Cir.)

- *American Fidelity Assurance Co. v. Countrywide Financial Corp.*, No. 14-55002 (9th Cir.).

- *The Prudential Life Insurance Co. v. Countrywide Financial Corp.*, no. 14-55660 (9th Cir.).

Dated: June 24, 2014                          Respectfully submitted,

Colleen J. Boles
Assistant General Counsel
Kathryn R. Norcross
Senior Counsel

s/Joseph Brooks
Joseph Brooks
Counsel
FEDERAL DEPOSIT INSURANCE
 CORPORATION
3501 Fairfax Drive, Room VS-D-7010
Arlington, VA 22226
Tel: (703) 562-2054
Fax: (703) 562-2469
E-mail: jobrooks@fdic.gov

*Counsel for Objector-Appellant Federal Deposit Insurance Corporation*

5

## **RULE 32(a)(7)(C) CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that this brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 366 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), as calculated using Microsoft Word 2010.

Undersigned counsel further certifies that this brief complies with the type-face requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced 14-point Times New Roman typeface using Microsoft Word 2010.

s/Joseph Brooks
Joseph Brooks
*Counsel for Objector-Appellant Federal Deposit Insurance Corporation*

Dated: June 24, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Brief of Objector-Appellant FDIC has been filed by electronic case filing and served on counsel of record through the Court's Notice of Docket Activity on this 24th day of June, 2014.

s/Joseph Brooks
Joseph Brooks
